■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSUE BEDELL, Appellant. [682 NYS2d 903] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Lefkowitz, J.), rendered January 7, 1998, convicting him of assault in the second degree and criminal mischief in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Miller, J. P., Thompson, McGinity and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTORIA BRADLEY, Appellant. [682 NYS2d 904] —Appeal by the defendant from a judgment of the County Court, Nassau County (Gulotta, J.), rendered September 19, 1996, convicting her of criminal sale of a controlled substance in the fourth degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Miller, J. P., Thompson, McGinity and Luciano, JJ., concur.